**08 CV 5621**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CEPSA INTERNATIONAL BV,

           Plaintiff,

   - against -

XYZ,

           Defendant.
------------------------------------------------------------------X

08 Civ.

ECF CASE



## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

           NONE.

Dated: June 19, 2008
      New York, NY

           The Plaintiff,
           CEPSA INTERNATIONAL BV,,

           By: *[signature]*
           Charles E. Murphy (CM 2125)
           LENNON, MURPHY & LENNON, LLC
           The Gray Bar Building
           420 Lexington Ave., Suite 300
           New York, NY 10170
           (212) 490-6050
           facsimile (212) 490-6070
           cem@lenmur.com