UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CEPSA INTERNATIONAL BV,

                Plaintiff,                08 Civ. 5621 (GBD)

- against -                             ECF CASE

PALMYRA SHIPPING AND CHARTERING LTD.,

                Defendant.
------------------------------------------------------------X

### ORDER TO UNSEAL CASE

This Court ordered on June 20, 2008, pursuant to Plaintiff's motion that this case be temporarily sealed. Upon application of the Plaintiff, it is now hereby

ORDERED that this case is UNSEALED;

IT IS FURTHER ORDERED that all papers filed heretofore will be posted electronically on the Court's ECF system.

Dated: New York, NY
        July ___, 2008
        JUL 1 8 2008

                                      SO ORDERED.

                                      *George B. Daniels*
                                      U.S.D.J.
                              **HON. GEORGE B. DANIELS**