USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 29 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CEPSA INTERNATIONAL BV,

               Plaintiff,               08 Civ. 5621 (GBD)

- against -                            ECF CASE

PALMYRA SHIPPING AND CHARTERING LTD.,

               Defendant.
------------------------------------------------------------X

### NOTICE OF VOLUNTARY DISMISSAL

Please take notice, there having been no appearance from the Defendant that the above-captioned matter be and hereby is voluntarily dismissed without prejudice and without costs to any party pursuant to Federal Rule of Civil Procedure 41(a).

The Maritime attachment is hereby vacated and all garnishee banks are directed to immediately release all of the Defendant's restrained property, i.e., all attached EFT payment(s) are to be released to its/their beneficiaries as thought the payment(s) had never been intercepted.

Dated: July 25, 2008
New York, NY

                                       The Plaintiff,
                                       CEPSA INTERNATIONAL BV,

                                       By: _____
                                       Charles E. Murphy (CM 2125)
                                       LENNON, MURPHY & LENNON, LLC
                                       The Gray Bar Building
                                       420 Lexington Ave., Suite 300
                                       New York, NY 10170
                                       (212) 490-6050
                                       facsimile (212) 490-6070
                                       cem@lenmur.com

HON. GEORGE B. DANIELS
JUL 29 2008

_George B Daniels_
HON. GEORGE B. DANIELS